John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
E: jnelson@milberg.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA BEETS,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**WELLS FARGO,**<br><br>Defendant. | Case No. 4:24-cv-07114 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant Wells Fargo, with each party to bear their own fees and expenses. Defendant has not filed an Answer nor moved for summary judgment. Accordingly, voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of Fed. R. Civ. P. 41 (a)(1)(A)(i).

1

DATED: October 17, 2024.                Respectfully submitted,

/s/ *John J. Nelson*
John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941
E: jnelson@milberg.com

*Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2024, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: October 17, 2024                     */s/ John J. Nelson*
                                            John J. Nelson